CRAIG P. FAGAN, State Bar No. 149556
**LAW OFFICES OF CRAIG P. FAGAN**
6320 Raydel Court
San Diego, CA 92120
Telephone: (619) 528-9600
Facsimile:  (619) 528-9675
email: cpfagan@faganlegal.com

Attorneys for all Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA QUIROZ, an individual, FABIOLA VILLALOBOS, J.B., a minor by and through her guardian ad litem, CARLOS VILLALOBOS FRANCO, D.B., a minor by and through his guardian ad litem, CARLOS VILLALOBOS FRANCO, M.R., a minor by and through her guardian ad litem, CARLOS VILLALOBOS FRANCO, L.R., a minor by and through his guardian ad litem, CARLOS VILLALOBOS FRANCO, Y.R., a minor by and through her guardian ad litem, CARLOS VILLALOBOS FRANCO, I.V., a minor by and through her guardian ad litem, CARLOS VILLALOBOS FRANCO, JORETHA PARKER-MOORE, an individual, ROBERT MOORE, an individual, T.M., a minor by and through his guardian ad litem, ANNA LEE, T.M., a minor by and through his guardian ad litem, ANNA LEE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIVERSIFIED HOLDINGS, LLC, a California Corporation; REAL ESTATE CONNECTION, a business form unknown, and DOES 1 through 10, Inclusive,<br><br>    Defendants | No. 2:16cv03918-FMO-E<br><br>**PLAINTIFFS' FRCP RULE 26(a)(3) PRETRIAL DISCLOSURES**<br>─────────────────────────<br><br>Judge:           Fernando M. Olguin<br>Courtroom:   6D<br>PTC Date:    May 18, 2018<br>Trial:          June 5, 2018<br>───────────────────────── |

Pursuant to Central District L.R. 16-2 *et seq.* and Fed. R. Civ. P. 26(a)(3), Plaintiffs

Francisco Garcia Quiroz, Fabiola Villalobos, Robert Moore, Joretha Parker-Moore, and

minor Plaintiffs J.B., D.B., M.R., L.R., Y.R., I.V., T.M., and T.M. ("Plaintiffs") make the following pretrial disclosures.

Dated: January 25, 2018                LAW OFFICES OF CRAIG P. FAGAN

                                        By: **/s/Craig P. Fagan**
                                        Craig P. Fagan
                                        Attorneys for Plaintiff**s**

**PLAINTIFFS' WITNESSES:**

1.      Francisco Quiroz - This witness may be contacted through Plaintiffs' counsel.

2.      Fabiola Villalobos - This witness may be contacted through Plaintiffs' counsel.

3.      Robert Moore - This witness may be contacted through Plaintiffs' counsel.

4.      Joretha Parker - Moore - This witness may be contacted through Plaintiffs' counsel.

5.      Taariq McClenty- This witness may be contacted through Plaintiffs' counsel.

6.      T.M., a minor - This witness may be contacted through Plaintiffs' counsel.

7.      Y.R., a minor - This witness may be contacted through Plaintiffs' counsel.

8.      I.V., a minor - This witness may be contacted through Plaintiffs' counsel.

9.      Fernando Ramirez - This witness may be contacted through Defense counsel.

10.     Yessenia Vasquez - This witness may be contacted through Defense counsel.

11.     Alya Lucas - This witness may be contacted through Defense counsel.

12.     Esther Alarcon

        1010 Lagoon Ave, Apt. #121

        Wilimington, CA 90744

        (562) 415-3053

13.     Adilad Orozco

        3800 West 27th Street, Apt. #315

         Los Angeles, CA 90018

        Telephone (310) 923-0081

14.     Alma Camacho

        5788 Prestonwood Drive

        Indianapolis, IN 46254

        (317) 222-5309

15.     Jessica Cruz

        3800 West 27th Street, Apt. #428

         Los Angeles, CA 90018

Telephone (323) 734-4267

16. Alexis Leon

3800 West 27th Street, Apt. #11

 Los Angeles, CA 90018

Telephone (323) 649-3158

17. Rachelle "Renee" Perez

3522 Rubidoux Blvd. #7

Riverside, CA 92509

626-627-8433

18. Martha Gonzalez

3800 West 27th Street, Apt. #428

 Los Angeles, CA 90018

Telephone (323) 734-4267

19. Maria Juarez

3800 West 27th Street, Apt. #206

 Los Angeles, CA 90018

Telephone (213) 909-6915

20. Filomena Atuatasi

2626 E. Dominguez Street

Carson, CA 90810

Telephone: (310) 619-0713

21. Catherine Tuinei

2626 E. Dominguez Street

Carson, CA 90810

(310) 619-0713

22. PMK for Defendant Diversified Funding, LLC - Defense counsel has contact information.

23. Lavonda Rhodes

606 North Bayview Ave, Apt. #115

Wilmington, CA  90744

(424) 342-9570

24.  Tanya Villa

22009 Neptune Avenue

Carson, CA 90745

(424) 703-1240

25.  Roberta Redner

606 North Bayview Ave, Apt. #207

Wilmington, CA  90744

(424) 287-9671

26.  Fallon Ayala

606 North Bayview Ave, Apt. #306

Wilmington, CA  90744

(310) 567-7615

27.  Gabriella Perez

606 North Bayview Ave, Apt. #204

Wilmington, CA  90744

310-561-3619

28.  Roshaum Bagby,

520 S. Pannes

Compton, CA 90221

Home: (310) 970-2704, Mobile: (310) 363-5991

29.  Rosa Mauricio - Defense has witnesses contact information.

30.  Rosaline Samayoa

23313 Maribel Avenue

Carson, CA  90745

(562) 206-6398

**PLAINTIFFS' EXHIBITS**:

| EXH. NO. | Party Offering | Description |
|---|---|---|
| 1 | P | Photograph - Entrance to Property |
| 2 | P | Photograph - Mailbox area |
| 3 | P | Photograph - Overhead shot of astro turf area |
| 4 | P | Photograph - Second shot of astro turf area |
| 5 | P | Photograph - Ground floor view of astro turf |
| 6 | P | Photograph - Ground floor view of astro turf |
| 7 | P | Photograph - Upper floor view of astro turf |
| 8 | P | Photograph - Side gate of parking lot |
| 9 | P | Photograph - Parking lot |
| 10 | P | Photograph - Front gate |
| 11 | P | Photograph - Fenced in portion of property |
| 12 | P | Photograph - TV feed showing 16 different security camera feeds |
| 13 | P | Resident Manager desk with computer and security feeds |
| 14 | P | Door between resident manager unit and office |
| 15 | P | Camera in front entry |
| 16 | P | Camera in front entry way |
| 17 | P | Shot from below of Camera overhead in corner |
| 18 | P | Another camera in upper corner |
| 19 | P | Camera on exterior corner of building |
| 20 | P | Camera on front corner of building |
| 21 | P | Camera near front window near entry |
| 22 | P | Camera at front gate |
| 23 | P | Eye-in-the-sky overhead camera |

| 24 | P | Camera in upper walkway |
|----|---|-------------------------|
| 25 | P | Camera on mid-walkway |
| 26 | P | Monthly Rental Agreement of Robert Moore |
| 27 | P | Residential Lease Agreement of Francisco Quiroz |
| 28 | P | Lease Agreement of Fabiola Villalobos |
| 29 | P | Three Day Notice to Robert & Joretha Moore |
| 30 | P | 60 Day Notice to Move Out to Robert & Joretha Moore |
| 31 | P | Summons & Complaint for Eviction Lawsuit |
| 32 | P | Answer - Unlawful Detainer by Robert Moore and Joretha Moore |
| 33 | P | March 16, 2016 letter and petition signed by residents |
| 34 | P | June 7, 2016 letter from Yessenia Vasquez to Mr. & Mrs. Moore |
| 35 | P | First Set of Request for Production of Documents and Things to Diversified Holdings, LLC |
| 36 | P | Responses of Diversified Holdings, LLC to Plaintiff's Demand for Production of Documents and Things, Set One |
| 37 | P | Second Set of Request for Production of Documents and Things to Diversified Holdings, LLC |
| 38 | P | Responses of Diversified Holdings, LLC to Plaintiffs' Demand for Production of Documents and Things, Set Two |
| 39 | P | Third Set of Request for Production of Documents and Things to Diversified Holdings, LLC |
| 40 | P | Supplemental Responses of Diversified Holdings, LLC to Plaintiffs' Demand for Production of Documents and Things, Set Three |
| 41 | P | Fourth Set of Request for Production of Documents and Things to Diversified Holdings, LLC |
| 42 | P | Responses of Diversified Holdings, LLC to Plaintiffs' Demand for Production of Documents and Things, Set Four |
| 43 | P | Fourth Set of Interrogatories to Diversified Holdings, LLC |

| 44 | P | Responses of Diversified Holdings, LLC to Plaintiffs' Fourth Set of Interrogatories |
|----|---|-------------------------------------------------------------------------------------|
| 45 | P | Second Set of Interrogatories to Diversified Holdings, LLC |
| 46 | P | Responses of Diversified Holdings, LLC to Plaintiff's Special Interrogatories, Set Two |
| 47 | P | Third Set of Interrogatories to Diversified Holdings, LLC |
| 48 | P | Responses of Diversified Holdings, LLC to Plaintiff's Special Interrogatories, Set Three |
| 49 | P | Fourth Set of Interrogatories to Diversified Holdings, LLC |
| 50 | P | Responses of Diversified Holdings, LLC to Plaintiff's Special Interrogatories, Set Four |
| 51 | P | Fifth Set of Request for Production of Documents and Things to Diversified Holdings, LLC |
| 52 | P | Responses of Diversified Holdings, LLC to Plaintiffs' Demand for Production of Documents and Things, Set Five |
| 53 | P | Grant Deed |
| 54 | P | Defendant Diversified Holdings, LLC dba Real Estate Connection's First Amended Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1) |

Dated: January 25, 2018                    LAW OFFICES OF CRAIG P. FAGAN


                                           By: /s/Craig P. Fagan
                                           Craig P. Fagan
                                           Attorneys for all Plaintiffs