**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA QUIROZ, an individual, FABIOLA VILLALOBOS, J.B., a minor by and through her guardian ad litem, CARLOS VILLALOBOS FRANCO, D.B., a minor by and through his guardian ad litem, CARLOS VILLALOBOS FRANCO, M.R., a minor by and through her guardian ad litem, CARLOS VILLALOBOS FRANCO, L.R., a minor by and through his guardian ad litem, CARLOS VILLALOBOS FRANCO, Y.R., a minor by and through her guardian ad litem, CARLOS VILLALOBOS FRANCO, I.V., a minor by and through her guardian ad litem, CARLOS VILLALOBOS FRANCO, JORETHA PARKER-MOORE, an individual, ROBERT MOORE, an individual, T.M., a minor by and through his guardian ad litem, ANNA LEE, T.M., a minor by and through his guardian ad litem, ANNA LEE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIVERSIFIED HOLDINGS, LLC, a California Corporation; REAL ESTATE CONNECTION, a business form unknown, and DOES 1 through 10, Inclusive,<br><br>    Defendants | No. 2:16cv03918-FMO-E<br><br>**ORDER RE: STIPULATION [107]** |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: November 27, 2018

/s/
FERNANDO M. OLGUIN
United States District Judge